| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) DUBOIS, JAN E. | 2. Court or Organization U.S.D.C., E.D., PA | 3. Date of Report 08/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE, U.S.D.C. | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 12613 U.S. COURTHOUSE 601 MARKET STREET PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 AUG 16 A 11:51 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 10. General Electric Co. | D | Dividend | M | T | | | | | |
| 58. Home Depot Inc. (5) IRA | B | Dividend | L | T | | | | | |
| 59. Intel Corp. (5) IRA | B | Dividend | K | T | | | | | |
| 69. Merck & Co. (5) (42) IRA | C | Dividend | L | T | | | | | |
| 80. Emerson Electric Co. (9) | B | Dividend | L | T | | | | | |
| 88. South Jersey Ind. Inc. (9) | A | Dividend | K | T | | | | | |
| 94. Wachovia Bank (10) | A | Interest | J | T | | | | | |
| 99. NCR Corporation (51) | | None | J | T | | | | | |
| 102. CitiGroup (5) IRA | A | Dividend | J | T | | | | | |
| 125. Citigroup(9)(35) | A | Dividend | J | T | | | | | |
| 134. Oracle Corp. (5) IRA | A | Dividend | L | T | | | | | |
| 137. Cisco Sys Inc. (5) IRA | | None | M | T | | | | | |
| 139. Visteon Corp. (9)(36) | | None | J | T | | | | | |
| 141. Zimmer Hldgs. Inc. (38) | | None | J | T | | | | | |
| 142. Zimmer Hldgs. Inc. (38) | | None | J | T | | | | | |
| 145. IL HLTH FAS-A BE (07-01-10) | B | Interest | K | T | | | | | |
| 152. Pfizer, Inc. (5) IRA | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1.001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. Templeton Foreign Fund C (6) | A | Dividend | L | T | | | | | |
| 159. Medco Health Solutions, Inc. (5)(42) IRA | | None | K | T | | | | | |
| 161. IShares MSCI Japan Index Fund (6) IRA | A | Dividend | K | T | | | | | |
| 162. Ishares MSCI EAFE Fund (6) IRA | B | Dividend | L | T | | | | | |
| 163. Allscripts Healthcare Shs Inc. (6) IRA | | None | K | T | Sold (part) | 09/18/09 | K | D | |
| 165. Morgan Stanley Bank (47) | A | Interest | K | T | | | | | |
| 166. Royal Dutch Shell PLC(43) | B | Dividend | K | T | | | | | |
| 167. Norwin School Dist 5625 | B | Interest | K | T | | | | | |
| 168. Pottsville Hosp. BE 5200 | B | Interest | | | Redeemed | 11/16/09 | K | A | |
| 170. Noble Intl Ltd. (9) | | None | | | Sold | 04/01/09 | J | | |
| 171. Royal Dutch Shell PLC(9)(44) | C | Dividend | L | T | | | | | |
| 173. BDP Morgan Stanley Bank (48) | A | Interest | L | T | | | | | |
| 174. Blackrock World Invest Trust (6)(55) IRA | B | Dividend | K | T | | | | | |
| 176. New York Community Bancorp, Inc. (5) IRA | B | Dividend | L | T | | | | | |
| 178. Whole Foods Markets, Inc. (5) IRA | | None | K | T | | | | | |
| 180. Archer Daniels Midland (5) IRA | A | Dividend | | | Sold | 02/26/09 | L | | |
| 182. Nuveen Global VLE Opport Fund | B | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 183. Eaton Van Tax MNGD GLBL (9) | B | Dividend | J | T | | | | | |
| 184. Morgan Stanley Bank (9) (46) | A | Interest | K | T | | | | | |
| 185. Nuveen Global VLE Opport Fund (9) | B | Dividend | K | T | | | | | |
| 186. Morgan Stanley Bank | A | Interest | M | T | | | | | |
| 188. Walgreen Co (5) IRA | B | Dividend | L | T | | | | | |
| 189. Starbucks Corp. Washington (5) IRA | | None | K | T | | | | | |
| 191. MS Emerging Mkts Domestic Debt (9) | B | Dividend | K | T | | | | | |
| 192. Discover Financial Services (49) | A | Dividend | J | T | | | | | |
| 193. AT&T (50) | C | Dividend | L | T | | | | | |
| 194. Teradata (51) | | None | J | T | | | | | |
| 196. The Financial Sel Sect Spdr. FD (5) IRA | A | Dividend | K | T | | | | | |
| 197. Manitek Intl Inc. Com. (53) | | None | J | T | | | | | |
| 198. Sirius XM Radio, Inc. (5) IRA (54) | | None | J | T | | | | | |
| 199. Ishares DJ US Real Estate Index (5)(IRA) | A | Dividend | K | T | Buy | 11/09/09 | K | | |
| 200. Blackrock Real Asset Equity (6) IRA | B | Dividend | K | T | Buy | 07/08/09 | K | | |
| | | | | | Sold (part) | 09/18/09 | J | C | |
| 201. Blackrock GLBL OPP EQ TR (6) (55) IRA | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DUBOIS, JAN E. | 08/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) (Line 2) Originally included 14 separate purchases of units of Pennsylvania Insured Municipal Bond Trusts for the years 1987 through 1991. Ten of the 14 groups of units in the Municipal Bond Trusts were sold in 1993 at a loss. Purchases of Pennsylvania Insured Municipal Bond Trusts in 1992 are separately listed on lines 34 th ough 37, 40 and 41, in 1993 on line 45, and in 1994 on line 55. The figures on line 2 are for the four remaining groups of units in Municipal Bond Trusts - Pennsylvania Insured Municipal Bond Trust 54M, 55M, 68M, and 117M. All units of series 68M [   ] and series 117(M) [   ] were sold on January 31, 1995, at a loss. [         ] presently owns [   ] unit of series 54M.

(5) (Lines 58, 59, 64, 69, 102, 106, 120, 132, 134, 136, 137, 151, 152, 176, 177, 178, 179, 180, 188, 189, 196, 198, 199) Securities in an IRA Account with Morgan Stanley.

(6) (Lines 65, 66, 123, 131, 161, 162, 163, 174, 200, 201) Securities in [         ] IRA Account with Morgan Stanley.

(9) (Lines 80, 88, 125, 138, 139, 170, 171, 183, 184, 185, 191, 192) Securities in [     ] Trust of which [         ] is co-trustee and income beneficiary.

(10) (Line 94) Checking Account - First Union changed name to Wachovia.

(35) (Line 125) [   ] sha es of Associates First Cap CP A exchanged for [   ] shares Citigroup.

(36) (Line 139) Spin-off from Ford Motor Company.

(38) (Lines 141 and 142) Spin-off from Bristol Myer -Squibb Company.

(42) (Line 159) Stock dividend distributed to Merck & Co Shareholders (Line 69).

(43) (Line166) [   ] shares of Royal Dutch Pete 2B exchanged for [   ] shares of Royal Dutch Shell PLC.

(44) (Line 171 [   ] shares of Royal Dutch Pete 2B exchanged for [   ] shares of Royal Dutch Shell PLC.

(46) (Line 185) Conversion from Active Assets Account to Bank Deposit P ogram ("BDP") - Morgan Stanley Bank.

(47) (Line 165) Conversion from Active Assets Account to Bank Deposit Program ("BDP") - Morgan Stanley Bank.

(48) (Line 173) Conversion from Active Assets Account to Bank Deposit Program ("BDP") - Morgan Stanley Bank.

(49) (Line 192) Stock dividend distributed by Morgan Stanley.

(50) (Line 193) AT&T acquired Bell South Corp.

(51) (Lines 99 and 194) Stock dividend distributed by NCR.

(52) (Line 195) Discover Bank name changed to Morgan Stanley Trust Bank

(53) (Lines 190 and 197) Ver-Tek Int'l Corp., changed its name to Manitek Int'l Inc. Com.

(54) (Lines 179 and 198) XM Satellite Radio Hldg. CL A - changed its name to Sirius XM Radio, Inc.

(55) (Lines 174 and 201) Exchanged [   ] shares of Blackrock World Invest Trust stock for [   ] shares of Blackrock Global Opportunity Equity Trust stock.

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544